UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| BRANDI HUBBARD,<br>SHERLYN HUFFMAN,<br>REBECCA BEAVER, and<br>HOLLY JIMENEZ,<br><br>     Plaintiffs,<br><br>vs.<br><br><br>DOLGENCORP LLC, ET AL.,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br><br><br>CASE NO: 17-1133-STA-egb |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting in Part, Denying in Part Motion [38] To Compel, Arbitration Order Dismissing Claims without Prejudice entered on September 28, 2017, the Defendant's motion to compel arbitration **DENIED** as to claims of Brandi Hubbard and any other opt-in Plaintiff who did not sign the arbitration agreement. The Court hereby **DISMISSES** the non-arbitrable claims without prejudice.


                                 APPROVED:


s/ S. Thomas Anderson
_____
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 9/29/2017              THOMAS M. GOULD
                              Clerk of Court


                               s/Maurice B. BRYSON

                        (By)  Deputy Clerk