IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**BRANDI HUBBARD,**
**SHERLYN HUFFMAN,**
**REBECCA BEAVER** and
**HOLLY JIMENEZ,**
Individually, and on behalf of
themselves and other similarly situated
current and former employees**,**

      **Plaintiff,**

v.                                                                          Civil Action No. 1:17-cv-01133-STA-jay

**DOLGENCORP, LLC,**
**DOLLAR GENERAL CORP., and**
**DG RETAIL, LLC,**

      **Defendants.**

---

**ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT**
_____

This matter came before the Court upon the parties' Joint Motion for Judicial Approval of Settlement (ECF No. 310). The parties seek final court approval of their Proposed Settlement Agreement ("Agreement") pursuant to the Fair Labor Standards Act ("FLSA"). Having considered the Parties' motion, the entire record, and the Agreement (along with its attachments) *in camera*, the Court is of the opinion, and so finds, that the Agreement was negotiated at arm's length with the assistance of competent and zealous attorneys on both sides, the Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, and the agreed amount of attorneys' fees is reasonable.

**IT IS, THEREFORE, ORDERED BY THE COURT** that the Parties' Proposed Settlement Agreement is approved in its entirety.

**IT IS SO ORDERED.**

                                              **s/ S. Thomas Anderson**
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE

                                              Date: September 23, 2019