IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**BRANDI HUBBARD,**
**SHERLYN HUFFMAN,**
**REBECCA BEAVER** and **HOLLY**
**JIMENEZ**, Individually, and on
behalf of others similarly situated,

      Plaintiffs,    **Case No. 1:17-cv-01133-STA-egb**

v.

**DOLGENCORP, LLC,**
**DOLLAR GENRAL CORP.,** and
**DG RETAIL, LLC.**

      Defendants.

## JOINT MOTION TO APPROVE ADDENDUM TO SETTLEMENT AGREEMENT

  Plaintiffs Brandi Hubbard, Sherlyn Huffman, Rebecca Beaver, and Holly Jimenez ("Plaintiffs") and Defendants Dolgencorp, LLC, Dollar General Corporation, and DG Retail, LLC ("Defendants") (together "the Parties") hereby jointly request that the Court approve an addendum to the Confidential Settlement Agreement ("Addendum"). The Confidential Settlement Agreement ("Agreement") was previously approved by the Court on September 23, 2019 (Dkt. 311). The Agreement allows for a modification of terms when in writing, signed by the Parties to the Agreement, and approved by the Court. *See Exhibit A*, Agreement, p. 19, Section XIV., ¶14.1 ("MODIFICATION"). The Parties jointly request a modification for the sole purpose of allowing forty-five (45) additional days for potential Plaintiffs to return their executed paperwork so as to allow their participation in the settlement. The deadline to return such paperwork occurred on December 23, 2019, and certain Plaintiffs who wish to participate returned their paperwork days

after the deadline.  So that these Plaintiffs who wish to resolve their claims can participate, the Parties seek to modify the Agreement to allow forty-five (45) additional days for capturing additional releases.  The proposed Addendum, approved and signed by the Parties, is attached hereto as *Exhibit B*.

This relief is sought so that justice can be done and to allow more members of the settlement class to participate and share in the settlement fund, and it not sought for delay or any other purpose.

WHEREFORE, for the reasons set forth herein, the Parties ask this Court to approve the Addendum to the Agreement (as attached hereto as *Exhibit B*).


Respectfully Submitted,

By: */s/ J. Russ Bryant*
Gordon E. Jackson (TN BPR #8323)
James L. Holt, JR. (TN BPR #12123)
J. Russ Bryant (TN BPR #33830)
**JACKSON, SHIELDS, YEISER & HOLT, OWEN & BRYANT**
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
gjackson@jsyc.com
jholt@jsyc.com
rbryant@jsyc.com

Counsel for Plaintiffs

By: <u>/s/ Joel S. Allen</u>
Joel S. Allen
Texas Bar No. 795069
Email: jallen@mcguirewoods.com
Melissa M. Hensley
Texas Bar No. 00792578
Email: mhensley@mcguirewoods.com
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201

Robert D. Meyers
TN Bar No. 12187
Email: rmeyers@glankler.com
Glankler Brown
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
Telephone: 901.576.1715
Facsimile: 901.525.2389

Counsel for Defendants

## **CERTIFICATE OF CONSULATION**

  Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that J. Russ Bryant, counsel for Plaintiffs, communicated with Melissa M. Hensley, counsel for Defendants, regarding the merits of, positions taken within, and relief sought by this Motion via e-mail. Defendants' Counsel indicated in these communications that they would join this Motion.

<i>/s/ J. Russ Bryant</i>

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Joint Motion has been filed electronically with the Clerk's office by using the CM/ECF system on January 31, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's electronic filing system.

<i>s/J. Russ Bryant</i>