# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

**BRANDI HUBBARD, SHERLYN HUFFMAN, REBECCA BEAVER** and **HOLLY JIMENEZ,**
Individually, and on behalf of
themselves and other similarly situated
current and former employees**,**

       Plaintiff,

v.                                                              Civil Action No. 1:17-cv-01133-STA-jay

**DOLGENCORP, LLC; DOLLAR GENERAL CORP.; and DG RETAIL, LLC,**

       Defendants.

## ORDER GRANTING JOINT MOTION TO APPROVE ADDENDUM TO SETTLEMENT AGREEMENT

Before the Court is the parties' Joint Motion to Approve an Addendum to the Settlement Agreement (ECF No. 347) filed on January 31, 2020. The Addendum would extend by 45 days the December 23, 2019 deadline established in their Settlement Agreement for opt-in Plaintiffs to sign and return their settlement paperwork. For cause the parties state that a number of Plaintiffs returned their executed forms after the deadline had passed. An extension of time will permit those Plaintiffs to participate in the settlement. For good cause shown, the Motion is **GRANTED**. The proposed Addendum attached as Exhibit B to the Joint Motion is hereby approved.

    **IT IS SO ORDERED.**

                                 s/ S. Thomas Anderson
                                 S. THOMAS ANDERSON
                                 CHIEF UNITED STATES DISTRICT JUDGE

                                 Date: January 31, 2020